UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-501-FDW

| | |
|---|---|
| WILLIAM D. BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID MITCHELL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Defendants' Motion to Stay Proceedings, (Doc. No. 34). Defendants note that Plaintiff has a pending action in the North Carolina Industrial Commission, alleging facts identical to those made against Defendants here. The Court agrees that, in light of the pending action in the Industrial Commission, this matter should be stayed until the ongoing case in the Industrial Commission is resolved.

**IT IS, THEREFORE, ORDERED** that:

1. Defendants' Motion to Stay, (Doc. No. 34), is **GRANTED**.

2. Defendants shall notify the Court upon resolution of the Industrial Commission action.

Frank D. Whitney
Chief United States District Judge