UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-501-FDW

| | |
|---|---|
| WILLIAM D. BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID MITCHELL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's filing of various requests for discovery. See (Doc. Nos. 42, 43, 44).

Pursuant to Local Civil Rule 26.2 and the Court's scheduling order entered on August 24, 2018, all discovery requests in this matter are to be served <u>on the parties</u>, and discovery requests <u>are not to be filed with the Court</u>. Thus, Plaintiff must serve his discovery requests on Defendant directly rather than filing them with the Court.

**IT IS SO ORDERED**.

Signed: November 5, 2018

Frank D. Whitney
Chief United States District Judge

-1-