UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-501-FDW

| | |
|---|---|
| WILLIAM D. BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID MITCHELL, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on its own status review of this matter.

Under the Court's Order dated January 3, 2019, dispositive motions were due March 22, 2019. (Doc. No. 52). Neither party has filed dispositive motions.

**IT IS HEREBY ORDERED** that if any party wishes to file a dispositive motion, they party must notify the Court within 20 days, along with a motion for an extension of time to file the motion. If the parties do not notify the Court within 20 days of their intention to file dispositive motions for this matter, the Court will set this matter for trial.

**IT IS SO ORDERED.**

Signed: April 1, 2019

Frank D. Whitney
Chief United States District Judge