## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:15-cv-501-GCM

| | | |
|---|---|---|
| **WILLIAM D. BULLARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **DAVID MITCHELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

This matter is before the Court on its own motion following the filing of Defendants' request for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d)(1). (Doc. No. 54).

This Court hereby instructs Plaintiff that, within the (10) days of service of this Order, he shall notify the Court as to whether he consents to a judicial settlement conference in this matter.

Signed: April 22, 2019

Graham C. Mullen
United States District Judge