# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-cv-00501-GCM

| | |
|---|---|
| WILLIAM D. BULLARD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID MITCHELL, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on Defendants' Motion to Request Court-hosted Judicial Settlement Conference [Doc. 54].

On April 22, 2019, Defendants Timothy Reynolds, Clint Burris, Jennifer Cole, Kevin Ingram, Emmanuel Lee, Raven Mack, and Edward Woodward ("Defendants") moved for the Court to schedule a court-hosted Judicial Settlement Conference pursuant to Local Civil Rule 16.3(d)(1). [Doc. 54]. On May 6, 2019, Plaintiff William D. Bullard ("Plaintiff"), offender number 0929615, filed a letter with the Court indicating his consent to a judicial settlement conference. [Doc. 56].

The Court hereby **GRANTS** the motion [Doc. 54]. The parties shall conduct the mediation of this matter at the Maury Correctional Institution located at 2568 Moore Rouse Road, Hookerton, North Carolina, which is Plaintiff's current place of incarceration. The mediation will be held at 10 a.m. on August 8, 2019. The Honorable W. Carleton Metcalf, United States Magistrate Judge, will conduct the mediation telephonically. After an initial session with all parties and/or their representatives in one room, the parties will have separate, private rooms with immediate telephone access available thereafter.

The Court has contacted the Warden at Maury Correctional, John Herring, and Mr. Herring has advised that the necessary accommodations will be made to host the mediation in accordance with the terms of this Order.

The Clerk is respectfully instructed to mail a copy of this Order to the Warden of Maury Correctional Institution at P.O. Box 506, Maury, North Carolina 28554.

**IT IS SO ORDERED.**

Signed: July 12, 2019

Graham C. Mullen
United States District Judge